**FILED**
CLERK, U.S. DISTRICT COURT

12/16/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____LM_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | ED20MJ00662 |
| v. | IX-18-0015 |
| Edurado MORALES | |
| DEFENDANT(S). | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: DEA/Green Bay, Wisconsin
in the Eastern District of Wisconsin on 12/09/2020
at 9:35 [x] a.m. / [ ] p.m. The offense was allegedly committed on or about _____
in violation of Title 21 U.S.C., Section(s) 841(a)(1) and (b)(a)(A) and 846
to wit: _____

A warrant for defendant's arrest was issued by: Honorable James Sickel

Bond of $ _____ was [ ] set / [ ] recommended.

Type of Bond:

Relevant document(s) on hand (attach): Arrest warrant

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/16/20
                Date

_____             Heja Rosebiani
Signature of Agent                     Print Name of Agent

DEA                                    Special Agent
Agency                                 Title

CR-52 (03/20)          DECLARATION RE OUT-OF-DISTRICT WARRANT

HEJA ROSEBIANI  Digitally signed by HEJA ROSEBIANI
Date: 2020.12.16 08:42:50 -08'00'