Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

FILED
CLERK, U.S. DISTRICT COURT
12/16/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: _____LM_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ED20MJ00662

UNITED STATES OF AMERICA, PLAINTIFF

V.

Eduardo MORALES, DEFENDANT

USMS# _____

CASE NUMBER: IX-18-0015

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 12/16/2020 at ☒ AM ☐ PM
   or
   The defendant was arrested in the N/A District of N/A on N/A at ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☐ Yes ☒ No

4. Charges under which defendant has been booked:
   Title 21 USC section 841(a)(1) and (b)(a)(A) and 846

5. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☒ No  ☐ Yes  Language: _____

7. Year of Birth: [redacted] 1994

8. Defendant has retained counsel: ☐ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Riverside, CA

10. Remarks (if any): N/A

11. Name: SA Heja Rosebiani   (please print)

12. Office Phone Number: 951-377-4712

13. Agency: DEA

14. Signature: *Heja Rosebiani*

15. Date: 12/16/2020

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION